UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 OCT 11 PM 1:02



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE GALLEGOS-MUNOZ,

    Defendant.

CASE NO. 12cr3431-

BY: _____ DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Attempted Reentry of Removed Alien

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/10/2012

Karen S. Crawford
U.S. Magistrate Judge